THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Johnny Ray Pyatt, Appellant.
 
 
 

Appeal From Lancaster County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2005-UP-059
Submitted January 1, 2005  Filed January 
 24, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry 
 D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, all of Columbia; and Solicitor John R. Justice, 
 of Chester, for Respondent.
 
 
 

PER CURIAM:  Johnny Ray Pyatt appeals from his guilty plea to one charge 
 of failure to stop for law enforcement, one charge of petit larceny, one charge 
 of resisting arrest, and one charge of second-degree burglary, and three charges 
 of grand larceny of property valued at more than $1,000 but less than $5,000.  
 Pyatts appellate counsel has petitioned to be relieved as counsel, stating 
 she has reviewed the record and has concluded Pyatts appeal is without merit.  
 The sole issue briefed by counsel concerns whether the circuit court complied 
 with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969) in accepting 
 Pyatts guilty plea.  Pyatt did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we find no directly appealable issues arguable on their merits.  Accordingly, 
 we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
 1 We decide this 
 case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.